

# Fourth Court of Appeals
## San Antonio, Texas

February 14, 2022

No. 04-21-00471-CR

Caleb Patrick **DANIELS,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 18-10-00155-CRF
Honorable Russell Wilson, Judge Presiding

# O R D E R

The reporter's record was due on February 1, 2022. The reporter's record was not filed. However, on February 9, 2022, the court reporter, Liche M. Cavazos, filed a notification of late record, requesting until March 1, 2022 to complete and file the record.

We **grant** the motion and **order** Liche M. Cavazos to file the record by **March 1, 2022**. *See* TEX. R. APP. P. 35.3(c) (extension of time to file record in ordinary appeal must not exceed 30 days).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of February, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court